| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424<br>Federal Defender |
| 2 | MARC DAYS, CA Bar #184098<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226<br>Telephone: (559) 487-5561 |
| 5 | |
| 6 | Attorney for Defendant<br>MARVIN DWAYNE HAMMONS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:04-cr-05159-01 OWW |
| *Plaintiff,* | ) ) | STIPULATION TO CONTINUE DISPOSITIONAL HEARING; ORDER THEREON |
| v. | ) | |
| MARVIN DWAYNE HAMMONS, | ) | Date : July 7, 2008 |
| *Defendant.* | ) ) | Time: 9:00 a.m.<br>Judge: Hon. Oliver W. Wanger |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the supervised release violation dispositional hearing in the above captioned matter scheduled for June 30, 2008, **may be continued to July 7, 2008, at 9:00 a.m.**

This continuance is requested by counsel for the defendant because he is scheduled to be on jury duty and will not be available for hearing on June 30, 2007, the date now set. The requested continuance will conserve time and resources for all parties and the court.

///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

                                        McGREGOR W. SCOTT
                                        United States Attorney

DATED: June 25, 2008                 /s/ Stanley A. Boone
                                        STANLEY A. BOONE
                                        Assistant United States Attorney
                                        Attorney for Plaintiff

                                        DANIEL J. BRODERICK
                                        Federal Defender

DATED: June 25, 2008                 /s/ Marc Days
                                        MARC DAYS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        Marvin Dwayne Hammons

## O R D E R

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   July 1, 2008**                       **/s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE